## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| AIX SPECIALTY INSURANCE COMPANY | § § § § | |
| *Plaintiff*, | | |
| v. | § § | CIVIL ACTION NO. 4:14-cv-02645 |
| BBL INVESTMENTS, INC., | § | |
| RAS APARTMENTS, LLC, | § | |
| SSH APARTMENTS, INC., | § | |
| JSK INVESTMENTS, INC., | § | |
| VBL INVESTMENTS CORPORATION, | § | |
| JNJ APARTMENTS, INC., | § | |
| JSR APARTMENTS, INC., | § | |
| BNG APARTMENTS, INC., | § | JURY |
| RGJ APARTMENTS, INC., | § | |
| RVB APARTMENTS, INC., | § | |
| SKV INVESTMENTS, LLC, | § | |
| RRG APARTMENTS, LLC, and | § | |
| RANDY ALLEN MORENO | § | |
| *Defendants*. | § | |

### PLAINTIFF AIX SPECIALTY INSURANCE COMPANY'S
### CERTIFICATE OF INTERESTED PARTIES

Plaintiff AIX Specialty Insurance Company certifies that the following entities are financially interested in the outcome of this litigation:

AIX Specialty Insurance Company
5 Waterside Crossing, Suite 201
Windsor, Connecticut 06095

The Hanover Insurance Group, Inc.
440 Lincoln Street
Worcester, Massachusetts 01653-0002

Respectfully Submitted,

By:   */s/ Howard L. Close*
    Howard L. Close
    State Bar No. 004406500
    Federal Bar No. 13362
    *Attorney-in-Charge*
    Andrew Love
    State Bar No. 24007571
    Federal Bar No. 23997
    Natasha Taylor
    State Bar No. 24071117
    Federal Bar No. 1102665
    WRIGHT & CLOSE, LLP
    One Riverway, Suite 2200
    Houston, Texas 77056
    close@wrightclose.com
    love@wrightclose.com
    taylor@wrightclose.com

**ATTORNEYS FOR PLAINTIFF AIX SPECIALTY INSURANCE COMPANY**